UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-0532 PSG (AFMx) | Date | January 24, 2017 |
|---|---|---|---|
| Title | Leodegario Perez v. Collection Consultants of California | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order CLOSING Case

    On August 10, 2016, the Court granted Defendant's motion to dismiss all claims without prejudice. *See* Dkt. # 17. The Order instructed Plaintiff to submit an amended Complaint on or before September 20, 2016 if Plaintiff wished to continue to pursue his claims. *See id.* At that time, the Court warned Plaintiff that failure to file a timely amended complaint "will result in the Court's closing of this case." *See id.* Plaintiff never filed an amended complaint, timely or otherwise. The Court therefore dismisses all of Plaintiff's claims with prejudice and closes the case.

    **IT IS SO ORDERED**.